RECEIVED IN CHAMBERS
U.S.D.C. Atlanta

MAY 15 2023

Kevin P. Weimer, Clerk
By: ___ Deputy Clerk

Dear Judge Boulee

I did file a grievance against doctor Mendoza in the month of April 2021 that He didn't provide me with medication before all they got do is look it up All they got to do is look it was when I was on 3SW Pod 400

RECEIVED IN CHAMBERS
U.S.D.C. Atlanta

MAY 15 2023

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk



Joshua Moubarak
4425 Memorial Drive
Decatur, Georgia

CLEARED DATE
MAY 15 2023
U.S. Marshals Service
Atlanta, GA 30303

ATLANTA METRO 301
8 MAY 2023 PM 11 L

Judge J.P. Boulee
Office of the Clerk
United States District Court
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303

© 2021 USPS recycled